Submitted on record October 14, complaint dismissed November 1, 1977

In re: Complaint as to the Conduct of
GLENN A. GEURTS, *Accused.*
(No. 1285, SC 25433)
570 P2d 652

No appearances.

PER CURIAM.

**PER CURIAM.**

The accused was charged with improperly borrowing money from his client. The Trial Board and the Disciplinary Review Board found that the relationship of attorney-client did not exist at the time the accused borrowed the money and recommended that the proceeding be dismissed. We have reviewed the record and concur with the finding and recommendation.

Complaint dismissed.